**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

Johnny Parks, Employee, Respondent,

v.

Kohler Company, Employer, and Kohler Company, Self-
Insured, Carrier, Defendants,

Of whom Kohler Company, Self-Insured, Carrier, is
Appellant.

Appellate Case No. 2011-187186

Appeal from the Workers' Compensation Commission

Unpublished Opinion No. 2012-UP-545
Heard September 12, 2012 – Filed October 3, 2012

**AFFIRMED**

Andrew A. Mathias, Kirsten E. Small, and Russell T.
Infinger, Nexsen Pruet, LLC, all of Greenville, for
Appellant.

Alan R. Cochran, Cochran Law Firm, PA, of Greenville,
for Respondent.

**PER CURIAM:** Kohler Company appeals the workers' compensation commission's decision to award Johnny Parks temporary total disability and future medical payments. We find substantial evidence in the record to support the commission's findings and affirm pursuant to Rule 220(b)(1), SCACR, and *Bentley v. Spartanburg Cnty.*, 398 S.C. 418, 421, 730 S.E.2d 296, 298 (2012) (stating "an appellate court may not substitute its judgment for that of the agency as to the weight of the evidence on questions of fact").

**AFFIRMED.**

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**